IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WENDY TURNER,<br><br>    Plaintiff,<br><br>v.<br><br>CAMPING WORLD, INC., and<br>JOHN DOES 1-5<br><br>    Defendants. | Civil Action File No.<br>4:22-cv-00276 |

## **STIPULATED DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A), the parties to the above styled action, after reaching an out-of-court resolution, hereby stipulate to dismiss all claims resulting from 4:22-cv-00276, with prejudice.

This 6th day of November, 2023.

CONSENTED TO BY:

/s/ Michael C. McNamara
Michael C. McNamara (Georgia Bar No. 172177)
422 Willow Road Savannah, Georgia 31419
michael@mickeymaclaw.com
*Counsel for Plaintiff*

/s/ Jeffrey S. Adams
C. Bradford Marsh (Georgia Bar No. 471280)
Jeffrey S. Adams (Georgia Bar No. 164671)
Swift, Currie, McGhee & Heirs, LLP
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA
brad.marsh@swiftcurrie.com   jeff.adams@swiftcurrie.com
*Counsel for Defendant*