IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WENDY TURNER,<br><br>    Plaintiff,<br><br>v.<br><br>CAMPING WORLD, INC.; and JOHN DOES 1–5,<br><br>    Defendants. | CIVIL ACTION NO.: 4:22-cv-276 |

**O R D E R**

Before the Court is a Stipulation of Dismissal With Prejudice signed and filed by counsel for Plaintiff and counsel for Defendant Camping World, Inc.,[1] on November 6, 2023, wherein the parties indicate they agree and stipulate to the dismissal, with prejudice, of all claims asserted in this action.  (Doc. 31.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has

---

[1] Plaintiff, in her Complaint, purported to assert claims against "John Does 1–5," explaining that they are "unknown entities and/or individuals that are liable for acts and/or omissions set forth in th[e] Complaint." (See doc. 1-1, p. 4.)  "[F]ictitious-party pleading is not permitted in federal court," Richardson v. Johnson, 598 F.3d 734, 738 (11th Cir. 2010), and Plaintiff has not sufficiently identified the defendants to whom she intended to refer through the use of these fictitious monikers.  Additionally, no one has appeared in the case on behalf of any party that might qualify as any of the defendants that Plaintiff identified as "John Does."  Accordingly, the Court will dismiss Plaintiff's claims against "John Does 1–5." See id.

been **DISMISSED WITH PREJUDICE**, with each party to bear its costs.  The Clerk of Court is hereby authorized and directed to **TERMINATE** all pending motions and to **CLOSE** this case.

**SO ORDERED**, this 15th day of November, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA